1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  David A. Weinberger

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | DAVID A. WEINBERGER,              ) Case No.: CV 09-8648 FMO
                                      )
11 |         Plaintiff,                ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
12 |   vs.                             ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,  ) U.S.C. § 1920
14 |                                   )
             Defendant                 )
15 |                                   )
                                      )
16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:    2/14/11

22                              _____/s/_____
                                THE HONORABLE FERNANDO M. OLGUIN
23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ Steven G. Rosales
   _____
4  Steven G. Rosales
   Attorney for plaintiff David A. Weinberger

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26